# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Skidmore, Owings & Merrill LLP
                              Plaintiff,

v.                                             Case No.: 1:12−cv−05252
                                               Honorable Marvin E. Aspen

Jay Marshall Strabala
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 9, 2012:

    MINUTE entry before Honorable Marvin E. Aspen:Status hearing held on 8/9/2012, and continued to 10/4/2012 at 10:30 AM. The parties are referred to Magistrate Judge Brown for a settlement conference. If the case does not settle, a supplemental motion to dismiss is to be filed and the court will set a briefing schedule.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.