**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Skidmore, Owings & Merrill LLP

                                  Plaintiff,

v.                                               Case No.: 1:12–cv–05252
                                                    Honorable Marvin E. Aspen

Jay Marshall Strabala

                                  Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Geraldine Soat Brown for the purpose of holding proceedings related to: settlement conference. (gl, )Judicial staff mailed notice.

Dated: August 9, 2012

                                                                           /s/ Marvin E. Aspen

                                                                     United States District Judge