# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Skidmore, Owings & Merrill LLP
                                    Plaintiff,

v.                                  Case No.: 1:12−cv−05252
                                    Honorable Marvin E. Aspen

Jay Marshall Strabala
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 29, 2012:

MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held. Settlement conference set for 11/8/12 at 11:00 a.m. Plaintiff shall serve the settlement letter on defendant pursuant to paragraph one of this Court's standing order for settlement conference by 9/21/12. The defendant shall serve the responsive letter to the plaintiff's settlement letter by 10/12/12. Following the exchange of letters, counsel for the parties shall have a telephone conference to see whether this case can settle on the basis of the letters. If the case cannot be settled on the basis of the letters, counsel for the plaintiff shall fax or deliver copies of the parties' settlement letters to this Court's courtroom deputy by 10/25/12. Notices mailed by Judicial staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.