**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Skidmore, Owings & Merrill LLP
                                 Plaintiff,

v.                                            Case No.: 1:12–cv–05252
                                                 Honorable Marvin E. Aspen

Jay Marshall Strabala
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 4, 2012:

        MINUTE entry before Honorable Geraldine Soat Brown: Telephone status hearing held. At the joint request of the parties, settlement conference previously set for 11/8/12 at 11:00 a.m. is stricken and reset to12/13/12 at 11:00 a.m. The schedule for the exchange of letters remains the same. Following the exchange of letters, counsel for the parties shall have a telephone conference to see whether this case can settle on the basis of the letters. In court status hearing is set for 11/8/2012 at 9:45 a.m. Notices mailed by Judicial staff.(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.