# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Skidmore, Owings & Merrill LLP

                              Plaintiff,

v.                                                Case No.: 1:12–cv–05252
                                                Honorable Marvin E. Aspen

Jay Marshall Strabala

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 11, 2012:

        MINUTE entry before Honorable Marvin E. Aspen:The Status hearing set for 10/4/12, before Judge Aspen, is stricken and reset to 12/20/2012 at 10:30 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.