# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 12 C 5252 | **DATE** | 11/8/2012 |
| **CASE TITLE** | Skidmore, Owings & Merrill LLP vs. Strabala | | |

**DOCKET ENTRY TEXT**

Status hearing held. Off the record settlement conference held. Plaintiff shall serve a supplemental settlement letter on defendant pursuant to paragraph one of this Court's standing order for settlement conference by 11/21/12. The defendant shall serve the responsive supplemental letter to the plaintiff's settlement letter by 12/6/12. Counsel shall fax or deliver copies of the letters to this Court's courtroom deputy at the time they are served. Settlement Conference remains set for 12/13/12 at 11:00 a.m.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:05   00:15

| | Courtroom Deputy Initials: | psm |
|---|---|---|