# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Skidmore, Owings & Merrill LLP

                Plaintiff,

v.                                           Case No.: 1:12–cv–05252
                                                 Honorable Marvin E. Aspen

Jay Marshall Strabala

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 13, 2012:

    MINUTE entry before Honorable Geraldine Soat Brown: Settlement conference held. A binding settlement agreement has been reached. Parties have consented to the jurisdiction of the magistrate judge. Telephone status hearing set for 12/14/12 at 11:00 a.m. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.