## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Skidmore, Owings & Merrill LLP

                      Plaintiff,

v.                                    Case No.: 1:12–cv–05252

                                    Honorable Marvin E. Aspen

Jay Marshall Strabala

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 14, 2012:

      MINUTE entry before Honorable Geraldine Soat Brown: Telephone status hearing held. Status hearing set for 1/10/13 at 9:45 a.m. If a stipulation to dismiss has been submitted in advance of that date, no one needs to appear on 1/10/13. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.