## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Skidmore, Owings & Merrill LLP
                                            Plaintiff,

v.                                                       Case No.: 1:12–cv–05252
                                                              Honorable Marvin E. Aspen

Jay Marshall Strabala
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 18, 2012:

      MINUTE entry before Honorable Geraldine Soat Brown: Plaintiff's Motion for Entry of Dismissal Order [67] is granted. Enter Order of Dismissal with Prejudice. Status hearing previously set for 1/10/13 at 9:45 a.m. is hereby stricken, and no appearance is necessary. Terminate civil case. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.