**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SKIDMORE, OWINGS & MERRILL LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 12 cv 05252 |
| v. ) | |
| ) | |
| JAY MARSHALL STRABALA, individually ) | Magistrate Geraldine Soat Brown |
| and d/b/a 2DEFINE ARCHITECUTRE ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of Plaintiff Skidmore, Owings & Merrill LLP, it is hereby ordered, that Plaintiffs' claims against Defendant Jay Marshall Strabala are dismissed in their entirety with prejudice, and with the parties to bear their own attorneys' fees and costs.

**ENTERED:**

Dated: December 18, 2012

_____

Judge

Prepared By:

Leah R. Bruno
SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
312-876-8000

15041080